IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

DAVID HARBIN                                                                                    PLAINTIFF

VS.                                                              CIVIL ACTION NO. 4:07cv44-JCS

DR. P. DUDLEY, et al.                                                                      DEFENDANTS

## ORDER OF DISMISSAL

In accordance with this court's opinion and order of this date, Plaintiff's claims are hereby dismissed without prejudice.

SO ORDERED AND ADJUDGED, this the 6th day of March, 2009.

/s/ James C. Sumner
_____
UNITED STATES MAGISTRATE JUDGE